UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jackson Lewis LLP
59 Maiden Lane, 40th Floor
New York, New York 10038
(212) 545-4000

One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404

Attorneys of Record for Defendants
Elise M. Bloom (CT01451)
Jennifer B. Courtian (CT24058)
Robert R. Perry (CT22698)

FILED

2003 OCT 16  A 10: 51

US DISTRICT COURT
HARTFORD CT

---

HENNING N. KORNBREKKE,

        Plaintiff,

-against-

THE STANLEY WORKS and THE
STANLEY WORKS HUMAN
RESOURCE RESTRUCTURING
PLAN - 5/13/97,

        Defendants.

Civ. No: 301CV00658 (AWT)

---

### DEFENDANTS' MOTION ON CONSENT FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendants, through counsel, pursuant to Rule 9(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, submit this Motion seeking an extension of the deadline within which Defendants may file their Reply Memorandum of Law in Further Support of Their Motion for Summary Judgment ("Reply") from November 2, 2003 to and including December 3, 2003.

Defendant initially filed its Motion for Summary Judgment on February 18, 2003, and Plaintiff's Opposition was due on March 12, 2003. Plaintiff requested and was granted five

(5) extensions of the deadline to serve his Opposition to Defendant's Motion for Summary Judgment for a total of 113 extra days. Pursuant to Plaintiff's last consent Motion for extension of time, Plaintiff's Opposition was due on July 9, 2003, and Defendant's Reply was due on November 2, 2003. Defendant's lead counsel, Elise Bloom, is scheduled to be on trial during the last week in October 2003. Moreover, she will be required to prepare for the trial during the two weeks preceding the commencement of trial.

The requested thirty-two (32) day extension will afford Defendants' counsel an adequate period of time to prepare for and conduct the trial, after which she will prepare Defendant's Reply. Defendants respectfully request that the Court grant their request for a thirty-two (32) day extension of the deadline for them to file a Reply Memorandum up to and including December 3, 2003.

On October 10, 2003, Defendants' counsel telephoned Plaintiff's counsel, Stephen Fitzgerald, who indicated Plaintiff had no objection to this request.

This is Defendants' first request for an extension of time to file their Reply.

Respectfully submitted,

JACKSON LEWIS LLP
   59 Maiden Lane, 40th Floor
   New York, New York 10038
   (212) 545-4000

   One North Broadway, Suite 1502
   White Plains, New York 10601
   (914) 328-0404

Dated: October 15, 2003    By: _____
   New York, New York        Elise M. Bloom (CT01451)
   White Plains, New York     Jennifer B. Courtian (CT24058)
                                    Robert R. Perry (CT22698)

                                      ATTORNEYS FOR DEFENDANTS
                                      THE STANLEY WORKS and THE
                                      STANLEY WORKS HUMAN RESOURCES
                                      RESTRUCTURING PLAN-5/13/97

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2003, I cause to be served a true and correct copy of Defendants' Motion on Consent for Extension of Time to File Reply Brief in Support of Its Motion for Summary Judgment upon Plaintiff, Henning N. Kornbrekke, by pre-paid Federal Express, addressed to Plaintiff's counsel of record at the following address:

    Lewis H. Chimes, Esq.
    Steven Fitzgerald, Esq.
    Garrison, Phelan, Levin-Epstein,
    Chimes & Richardson, P.C.
    405 Orange Street
    New Haven, CT 06511

                                                         *Jennifer B. Courtian*
                                                         Jennifer B. Courtian