#85

01cv658mtnonconsent

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jackson Lewis LLP
59 Maiden Lane, 40th Floor
New York, New York 10038
(212) 545-4000

One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404

Attorneys of Record for Defendants
Elise M. Bloom (CT01451)
Jennifer B. Courtian (CT24058)
Robert R. Perry (CT22698)

---

HENNING N. KORNBREKKE,

           Plaintiff,

-against-

THE STANLEY WORKS and THE
STANLEY WORKS HUMAN
RESOURCE RESTRUCTURING
PLAN - 5/13/97,

           Defendants.

Civ. No: 301CV00658 (AWT)

### DEFENDANTS' MOTION ON CONSENT FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendants, through counsel, pursuant to Rule 9(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, submit this Motion seeking an extension of the deadline within which Defendants may file their Reply Memorandum of Law in Further Support of Their Motion for Summary Judgment ("Reply") from November 2, 2003 to and including December 3, 2003.

Defendant initially filed its Motion for Summary Judgment on February 18, 2003, and Plaintiff's Opposition was due on March 12, 2003. Plaintiff requested and was granted five

*Extension GRANTED, to and including December 3, 2003. It is so ordered.*
*Alvin W. Thompson, U.S.D.J. 10/9/03*
*Hartford, CT*