**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Jackson Lewis LLP
59 Maiden Lane, 40th Floor
New York, New York 10038
(212) 545-4000

One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404

Attorneys of Record for Defendants
Elise M. Bloom (CT01451)
Jennifer B. Courtian (CT24058)
Robert R. Perry (CT22698)

FILED

2003 NOV 20  P 1: 31

US DISTRICT COURT
HARTFORD CT

---

HENNING N. KORNBREKKE,

           **Plaintiff,**

   -against-

THE STANLEY WORKS and THE
STANLEY WORKS HUMAN
RESOURCE RESTRUCTURING
PLAN - 5/13/97,

           **Defendants.**

Civ. No: 301CV00658 (AWT)

---

## DEFENDANTS' MOTION ON CONSENT FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

      Defendants, through counsel, pursuant to Rule 9(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, submit this Motion seeking an extension of the deadline within which Defendants may file their Reply Memorandum of Law in Further Support of Their Motion for Summary Judgment ("Reply") from December 3, 2003 to and including January 7, 2004.

      Defendants initially filed their Motion for Summary Judgment on February 18, 2003, and Plaintiff's Opposition was due on March 12, 2003.  Plaintiff requested and was

granted five (5) extensions of the deadline to serve his Opposition to Defendants' Motion for Summary Judgment for a total of 113 extra days. Pursuant to Plaintiff's last consent Motion for extension of time, Plaintiff's Opposition was due on July 9, 2003, and Defendants' Reply was due on November 2, 2003. The deposition and arbitration schedule of Defendants' lead counsel, Elise Bloom, during the last two weeks in November and first two weeks in December, 2003 have led to, and necessitate the instant request.

The requested thirty-five (35) day extension will afford Defendants' counsel an adequate period of time to prepare for and conduct their scheduled depositions and arbitration, after which she will prepare Defendants' Reply. Defendants respectfully request that the Court grant their request for a thirty-five (35) day extension of the deadline for them to file a Reply Memorandum up to and including January 7, 2004.

On November 17, 2003, Defendants' counsel telephoned Plaintiff's counsel, Stephen Fitzgerald, who indicated Plaintiff had no objection to this request.

This is Defendants' second request for an extension of time to file their Reply.

Respectfully submitted,

JACKSON LEWIS LLP
    59 Maiden Lane, 40th Floor
    New York, New York 10038
    (212) 545-4000

    One North Broadway, Suite 1502
    White Plains, New York 10601
    (914) 328-0404

Dated: November _19_, 2003     By: _____
   New York, New York           Elise M. Bloom (CT01451)
   White Plains, New York       Jennifer B. Courtian (CT24058)
                              Robert R. Perry (CT22698)

                              ATTORNEYS FOR DEFENDANTS
                              THE STANLEY WORKS and THE
                              STANLEY WORKS HUMAN RESOURCES
                              RESTRUCTURING PLAN-5/13/97

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2003, I cause to be served a true and correct copy of Defendants' Motion on Consent for Extension of Time to File Reply Brief in Support of Its Motion for Summary Judgment upon Plaintiff, Henning N. Kornbrekke, by pre-paid Federal Express, addressed to Plaintiff's counsel of record at the following address:

> Lewis H. Chimes, Esq.
> Steven Fitzgerald, Esq.
> Garrison, Phelan, Levin-Epstein,
> Chimes & Richardson, P.C.
> 405 Orange Street
> New Haven, CT 06511

Jennifer B. Courtian