UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jackson Lewis LLP
59 Maiden Lane, 40th Floor
New York, New York 10038
(212) 545-4000

One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404

Attorneys of Record for Defendants
Elise M. Bloom (CT01451)
Jennifer B. Courtian (CT24058)
Robert R. Perry (CT22698)

FILED

2003 DEC 16  A 11: 54

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| HENNING N. KORNBREKKE,<br><br>        Plaintiff,<br><br>-against-<br><br>THE STANLEY WORKS and THE STANLEY WORKS HUMAN RESOURCE RESTRUCTURING PLAN - 5/13/97,<br><br>        Defendants. | Civ. No: 301CV00658 (AWT) |

### DEFENDANTS' MOTION FOR PERMISSION TO FILE
### A REPLY MEMORANDUM OF LAW IN EXCESS OF TEN PAGES

In accordance with Local Rule 9(g), Defendants The Stanley Works and The Stanley Works Human Resource Restructuring Plan - 5/13/97, hereby move for permission of the Court to file a Reply Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment in excess of 10 pages. Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment is 36 pages, 26 more than the Local Rule allows. Counsel for Defendants have attempted unsuccessfully to fit the entire response to

Plaintiff's Opposition to Defendants' Motion for Summary Judgment within the page limit set forth in the rule. However, Plaintiff's opposition (which itself exceeded the 40-page limit permissible for a principle memorandum of law), has raised numerous complex arguments regarding the applicable law and facts, and Defendants would like to thoroughly respond to all of them. The additional 26 pages beyond the limit are necessary to adequately brief the issues raised by Plaintiff's Opposition. Defendants hope that the additional pages will assist the Court in deciding the Motion.

WHEREFORE, Defendants respectfully request that this Motion be granted.

Respectfully submitted,

JACKSON LEWIS LLP
59 Maiden Lane, 40th Floor
New York, New York 10038
(212) 697-8200

One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404

Dated: December 15, 2003          By: _____
New York, New York                     Elise M. Bloom (CT01451)
White Plains, New York                 Jennifer Courtian (CT24058)
                                       Robert R. Perry (CT22698)

ATTORNEYS FOR DEFENDANTS
THE STANLEY WORKS and THE
STANLEY WORKS HUMAN RESOURCES
RESTRUCTURING PLAN-5/13/97

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jackson Lewis LLP
59 Maiden Lane, 40th Floor
New York, New York 10038
(212) 545-4000

One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404

Attorneys of Record for Defendants
Elise M. Bloom (CT01451)
Jennifer B. Courtian (CT24058)
Robert R. Perry (CT22698)

-----------------------------------------------------x
HENNING N. KORNBREKKE,            :
                                  :
            Plaintiff,            :
                                  :
    -against-                     :
                                  :
                                  :   Civ. No: 301CV00658 (AWT)
THE STANLEY WORKS and THE         :
STANLEY WORKS HUMAN               :
RESOURCE RESTRUCTURING            :
PLAN - 5/13/97,                   :
                                  :
            Defendants.           :
-----------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2003, I cause to be served a true and correct copy of Defendants' Motion for Permission to File a Reply Memorandum of Law In Excess of Ten Pages via Federal Express using a pre-paid Federal Express label addressed to Plaintiff's counsel of record at the following address:

Lewis H. Chimes, Esq.
Garrison, Phelan, Levin-Epstein, Chimes & Richardson, P.C.
405 Orange Street
New Haven, CT 06511

_____
Jennifer B. Courtian