UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jackson Lewis LLP
59 Maiden Lane, 40th Floor
New York, New York 10038
(212) 545-4000

One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404

Attorneys of Record for Defendants
Elise M. Bloom (CT01451)
Jennifer B. Courtian (CT24058)
Robert R. Perry (CT22698)

---

HENNING N. KORNBREKKE,

        Plaintiff,

-against-

THE STANLEY WORKS and THE STANLEY WORKS HUMAN RESOURCE RESTRUCTURING PLAN - 5/13/97,

        Defendants.

Civ. No: 301CV00658 (AWT)

---



GRANTED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT

### DEFENDANTS' MOTION FOR PERMISSION TO FILE A REPLY MEMORANDUM OF LAW IN EXCESS OF TEN PAGES

In accordance with Local Rule 9(g), Defendants The Stanley Works and The Stanley Works Human Resource Restructuring Plan - 5/13/97, hereby move for permission of the Court to file a Reply Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment in excess of 10 pages. Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment is 36 pages, 26 more than the Local Rule allows. Counsel for Defendants have attempted unsuccessfully to fit the entire response to