UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 29  A

U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| HENNING N. KORNBREKKE,<br><br>              Plaintiff,<br><br>-against-<br><br>THE STANLEY WORKS and THE STANLEY WORKS HUMAN RESOURCE RESTRUCTURING PLAN - 5/13/97,<br><br>              Defendants. | Civ. No: 301CV00658 (AWT)<br><br>SUPPLEMENTAL AFFIDAVIT OF JENNIFER B. COURTIAN IN SUPPORT OF REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>December 24, 2003 |

COUNTY OF NEW YORK    )
                                  ) SS:
STATE OF NEW YORK      )

        JENNIFER B. COURTIAN, ESQ., being duly sworn, fully under penalty of perjury, says that:

        1.     I am a member of the law firm of Jackson Lewis LLP, counsel for Defendants The Stanley Works and The Stanley Works Human Resource Restructuring Plan - 5/13/97, (collectively the "Defendants"), in the above-referenced matter. As such, I am fully familiar with the facts set forth herein.

        2.     This supplemental affidavit is submitted in connection of The Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment ("Defendants' Reply Brief").

        3.     Defendants' Reply Brief is based, in part, on testimony adduced at various depositions taken in this matter. True and correct copies of the pages from those depositions

cited to in the Reply Brief and that were not attached to the Affidavit of Jennifer B. Courtian in Support of Defendants' Motion for Summary Judgment filed February 18, 2003, are attached hereto as follows:

- Exhibit "1": Plaintiff's Deposition taken on July 11, 2002;
- Exhibit "2": Mark Mathieu's deposition taken on July 9, 2002;
- Exhibit "3": John Trani's deposition taken on July 23, 2002;
- Exhibit "4": William L. Axline's deposition taken on November 6, 2002;
- Exhibit "5": John C. Corey's deposition taken on November 14, 2002;
- Exhibit "6": Richard Dandurund's deposition taken on October 10, 2002.

4. Copies of the unreported decisions cited to in Defendants' Reply Brief are attached collectively hereto, in alphabetical order, as Exhibit 7."

_____
JENNIFER B. COURTIAN

Sworn to and subscribed
before me this 23 day of
December, 2003

_____
Notary Public

DANA J. SCHER
Notary Public, State of New York
No. 02SC6086735
Qualified in New York County
Commission Expires 2/3/07

H:\Courtianj\Stanley\Kombrekke\Legal\Affidavit of Jennifer Courtian in Support motn for sj.DOC