## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **HENNING N. KORNBREKKE,** | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **3:01 CV-00658 (AWT)** |
| vs. | : | |
| **THE STANLEY WORKS and THE STANLEY WORKS HUMAN RESOURCE RESTRUCTURING PLAN-5/13/97,** | : | |
| **Defendants.** | : | **December 28, 2004** |

### PLAINTIFF'S NOTICE OF FILING OFFER OF JUDGMENT

Plaintiff, through counsel, pursuant to Conn. Gen. Stat. § 52-192a, does hereby give notice that he has filed an Offer of Judgment in the above-entitled matter, relating to plaintiff's state court claims, on December 28, 2004.

                              **RESPECTFULLY SUBMITTED,**
                              **THE PLAINTIFF**

**By:** _____/s/_____
Lewis H. Chimes
*Federal Bar No. ct07023*
GARRISON, LEVIN-EPSTEIN,
   CHIMES & RICHARDSON, P.C.
405 Orange Street
New Haven, CT  06511
(203) 777-4425
Fax # 203-776-3965
Lchimes@garrisonlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid, on this 28th day of December, 2004 to:

Margaret Armstrong Weiner, Esq.
**Jackson Lewis LLP**
One North Broadway, Suite 1502
White Plains, NY  10601

Jennifer B. Courtian, Esq.
Elise M. Bloom, Esquire
**Jackson, Lewis, LLP**
59 Maiden Lane
New York, NY 10038-4502

　　　　　　　　　　　　　　　　　　　　　　　　Lewis H. Chimes