DENIED as moot because the parties have reported that this case has settled. It is so ordered.

Alvin W. Thompson, U.S.D.J.     Hartford, CT    2/28/2005

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HENNING N. KORNBREKKE,

            Plaintiff,

-against-

THE STANLEY WORKS and THE
STANLEY WORKS HUMAN
RESOURCE RESTRUCTURING
PLAN - 5/13/97,

            Defendants.

Civ. No: 301CV00658(AWT)

February 18, 2003

FILED 2003 FEB 18 A 11:16 US DISTRICT COURT HARTFORD CT

## MOTION FOR SUMMARY JUDGMENT

Defendants, The Stanley Works and The Stanley Works Human Resources Restructuring Plan - 5/13/97 (collectively "Defendants"), by and through their counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 9(c) of the Local Rules of this Court, hereby respectfully move this Court for an Order granting summary judgment in favor of Defendants because there are no genuine issues of material fact and Defendants are entitled to judgment as a matter of law. Defendants are filing contemporaneously herewith a Memorandum of Law in Support of Defendants' Motion for Summary Judgment, the Affidavit of Jennifer B. Courtian in Support of Defendants' Motion for Summary Judgment, with attached exhibits, and Defendants' Local Rule 9(c)(1) Statement of Undisputed Material Facts. For the reasons set forth in said Memorandum of Law, Defendants respectfully request that the Court grant Defendants' Motion for Summary Judgment and dismiss Plaintiff's Second Amended Complaint in its entirety and with prejudice.