UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENNING N. KORNBREKKE : | |
| v. : | CASE NO. 3:01CV658 (AWT) |
| STANLEY WORKS, STANLEY WORKS : HUMAN RESOURCE RESTRUCTURING PLAN : | |

<u>JUDGMENT</u>

Counsel of record having reported to the court on February 25, 2005, that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to reopen the case if the settlement has not been consummated.

Dated at Hartford, Connecticut this 5th day of April, 2005.

KEVIN F. ROWE, Clerk

By:_____
Sandra Smith
Deputy Clerk

EOD _____