UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 

| | |
|---|---|
| HENNING N. KORNBREKKE,<br><br>Plaintiff,<br><br>-against-<br><br>THE STANLEY WORKS and THE STANLEY WORKS HUMAN RESOURCE RESTRUCTURING PLAN - 5/13/97,<br><br>Defendants. | Civ. No: 301CV00658 (AWT)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Henning Kornbrekke, and the Defendants, The Stanley Works and The Stanley Works Human Resources Restructuring Plan-5/13/97, through their undersigned counsel, who are authorized to execute this Stipulation, that the above-captioned action be dismissed, in its entirety, and with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

GARRISON, PHELAN, LEVIN-EPSTEIN,
CHIMES & RICHARDSON, P.C.
    405 Orange Street
    New Haven, CT 06511
    (203) 777-4425

Dated: April 19, 2005    By: _____
New Haven, Connecticut        Lewis H. Chimes

ATTORNEYS FOR PLAINTIFF
HENNING N. KORNBREKKE

JACKSON LEWIS LLP
    59 Maiden Lane, 40th Floor
    New York, New York 10038
    (212) 545-4000
    (212) 972-3213 (facsimile)

                                                      55 Farmington Avenue  
                                                      Suite 1200  
                                                      Hartford, Connecticut 06105  
                                                      (860) 522-0404  
                                                      (860) 247-1330 (facsimile)

Dated: ~~March~~ *April/22*___, 2005     By:   _/s/ Jennifer Courtian_  
       New York, New York                  Elise M. Bloom (CT01451)  
       Hartford, Connecticut               Jennifer B. Courtian (CT24058)

                                                      ATTORNEYS FOR DEFENDANTS  
                                                      THE STANLEY WORKS and THE  
                                                      STANLEY WORKS HUMAN RESOURCE  
                                                      RESTRUCTURING PLAN–5/13/97

It is SO ORDERED  
This ____ day of _____, 2005

_____  
United States District Judge