UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| HENNING N. KORNBREKKE,<br><br>              Plaintiff,<br><br>-against-<br><br>THE STANLEY WORKS and THE STANLEY WORKS HUMAN RESOURCE RESTRUCTURING PLAN - 5/13/97,<br><br>              Defendants. | Civ. No: 301CV00658 (AWT)<br><br>**STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Henning Kornbrekke, and the Defendants, The Stanley Works and The Stanley Works Human Resources Restructuring Plan-5/13/97, through their undersigned counsel, who are authorized to execute this Stipulation, that the above-captioned action be dismissed, in its entirety, and with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

                                            GARRISON, PHELAN, LEVIN-EPSTEIN,
                                            CHIMES & RICHARDSON, P.C.
                                              405 Orange Street
                                              New Haven, CT 06511
                                              (203) 777-4425

Dated: April 19, 2005          By:    _____
      New Haven, Connecticut                       Lewis H. Chimes

                                              ATTORNEYS FOR PLAINTIFF
                                              HENNING N. KORNBREKKE

**APPROVED and SO ORDERED.**

                                              JACKSON LEWIS LLP
_____       59 Maiden Lane, 40th Floor
ALVIN W. THOMPSON, U.S.D.J.            New York, New York 10038
HARTFORD, CT   5/4/05                       (212) 545-4000
                                              (212) 972-3213 (facsimile)

>55 Farmington Avenue
>Suite 1200
>Hartford, Connecticut 06105
>(860) 522-0404
>(860) 247-1330 (facsimile)

Dated: ~~March~~ April/22 ___, 2005    By: _/s/ Jennifer Courtian_
New York, New York                          Elise M. Bloom (CT01451)
Hartford, Connecticut                        Jennifer B. Courtian (CT24058)

>ATTORNEYS FOR DEFENDANTS
>THE STANLEY WORKS and THE
>STANLEY WORKS HUMAN RESOURCE
>RESTRUCTURING PLAN--5/13/97

It is SO ORDERED
This ____ day of _____, 2005

_____
United States District Judge

-2-